States. *Messrs. Eugene V. Myers, R. Keith Kane, Edwin J. Pringle,* and *George J. Bean* for respondent.

No. 242. COMPANIA ESPANOLA DE NAVEGACION MARITIMA, S. A. *v.* THE NAVEMAR ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. T. Catesby Jones, D. Roger Englar, Oscar R. Houston,* and *James W. Ryan* for petitioner. *Messrs. Charles W. Hagen, Anthony V. Lynch, Jr.,* and *Horace T. Atkins,* for respondents.

No. 274. SAINT PAUL MERCURY INDEMNITY CO. *v.* RED CAB CO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Burke G. Slaymaker* for petitioner. *Mr. William E. Reiley* for respondent.

No. 293. LAUF ET AL. *v.* E. G. SHINNER & Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Morris Fromkin* for petitioners. *Mr. Walter L. Gold* for respondent.

No. 300. ST. LOUIS, B. & M. RY. CO. ET AL. *v.* BROWNSVILLE NAVIGATION DISTRICT ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. J. H. Tallichet, Robert H. Kelley,* and *John P. Bullington* for petitioners. *Messrs. A. B. Cole, A. L. Reed,* and *Carl B. Callaway* for respondents.